UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| | | Crim. No. 07-035 |
| v. | : | |
| | | O R D E R |
| ALLEN HILLY | : | |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Marion Percell, Assistant U.S. Attorney), and defendant Allen Hilly (by R. Scott Thompson, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. This case is so unusual and so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by Title 18, United States Code, Section 3161.

2. Defendant has consented to the aforementioned continuance.

3. Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___3rd___ day of ~~May~~ June, 2008,

IT IS ORDERED that the period from May 29, 2008, through September 26, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. STANLEY R. CHESLER
United States District Judge

Form and entry consented to:

R. Scott Thompson, Esq.
Attorney for defendant Allen Hilly

CHRISTOPHER J. CHRISTIE
United States Attorney

By: MARION PERCELL
Assistant U.S. Attorney

- 2 -