UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :

      V.

                                 Criminal No. 07-35   (SRC) (i)

Allen Hilly                   :      O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 15th day of December, 2008 ORDERED that Dave Holman & Peter Carter, from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant is this cause until further order of the Court.

                                               Stanley R. Chesler, U. S. D. J.