UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :        Hon. Stanley R. Chesler
                                        Crim. No. 07-35
              v.               :
                                        ORDER
ALLEN HILLY                    :


          This matter having come before the Court on the

application of the defendant (David A. Holman, Esq. and Peter

Carter, Esq., Assistant Federal Public Defenders, appearing) in

the presence of Paul J. Fishman, United States Attorney for the

District of New Jersey (Marion Percell and Christopher J. Kelly,

Assistant U.S. Attorneys, appearing) for an adjournment of the

trial date in this matter, and the Court having considered the

arguments of counsel, and for good cause shown,

          IT IS THE FINDING OF THIS COURT that this action should

be continued for the following reasons:

          1.   The failure to grant a continuance would deny

counsel for the defendant the reasonable time necessary for

effective preparation, taking into account the exercise of due

diligence, within the meaning of Title 18, United States Code,

Section 3161(h)(7)(B)(iv).

          2.   This case is so unusual and so complex that it is

unreasonable to expect adequate preparation for pretrial

proceedings and for the trial itself within the time limits

established by Title 18, United States Code, Section 3161.

3.   The ends of justice served by a continuance of the trial date in this matter until June 2, 2010 outweigh the interest of the public, the government, and the defendant in a speedy trial.

IT IS, therefore, on this 2_____ day of ~~February~~ *March*, 2010,

ORDERED that the trial date in this matter is continued until June 6, 2010, and that the period of time from February 2, 2010 through June 6, 2010 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv); and it is further

ORDERED that:

1.   The defendant shall provide to the government a summary of expert testimony pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) for each expert witness whose testimony defendant intends to offer at trial on or before April 1, 2010;

3.   Pretrial motions shall be filed on or before April 15, 2010;

4.   Opposition papers shall be filed on or before April 29, 2010;

5.   Reply papers, if any, shall be filed on or before May 6, 2010;

6.  The return date for pretrial motions shall be 5/18/2010, at 10:00 a.m.; and

7.  Trial shall commence on June 2, 2010, at 10:00 a.m.


HON. STANLEY R. CHESLER
United States District Judge

- 3 -