UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| | | Crim. No. 07-35 |
| v. | : | |
| | | <u>ORDER</u> |
| ALLEN HILLY | : | |

This matter having come before the Court on the application of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Marion Percell and Christopher Kelly, Assistant United States Attorneys, appearing), in the presence of David Holman, Esq. and Peter Carter, Esq., counsel for defendant Allen Hilly, and the Court having considered the written submissions and any oral arguments of counsel, and good and sufficient cause having been shown,

IT IS on this ___14___ day of ___April___, 2010,

ORDERED as follows:

1. The government's motion to dismiss certain counts of the Superseding Indictment is GRANTED and the following counts of the Superseding Indictment are hereby dismissed without prejudice: 2, 4-6, 8, 10, 12, 14, 16, 18, 20, 22, 25, 26, 28, 30, 32-34, 36, 39, 41, 43, 45, 47, 49, 51, 53, 55, 57, 60, 62, 64, 66, 68, 70, 72, 73, 75, 77, 80, 81, 83, 85, 87, 89, 91, 93, 95, 96, 98-100, 102, 104, 106, 108, 110, 112, 114, 115, 117, 118, 120, 122, 124, 125, 127, 128, 130, 132, 133, 135, 137, 139, 141,

142, 144, 146, 148, 150, 151, 153, 155, 157, 159, 161, 162-193, 196, and 200; and

    2. The redacted Superseding Indictment, in the form attached to the Government's motion as Exhibit A, shall be filed and considered by the jury at trial.

HON. STANLEY R. CHESLER
United States District Judge