UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :
                             :
                             :   CRIMINAL NO. 07-35
V.                           :
                             :
ALLEN HILLY                  :   ORDER
                             :

This matter having come before the Court on the application of defendant Allen Hilly, through his attorneys, the Office of the Federal Public Defender (David A. Holman and Peter Carter, Assistant Federal Public Defenders, appearing), for an order modifying the conditions of release, and the United States (Christopher Kelly and Marion Percell, Assistant United States Attorneys appearing), having no objections to this modification,

IT IS on this 23rd day of April, 2010,

ORDERED that the conditions of bail shall be modified as follows:

(1)   Title to the 2005 Lexus LX 450 Wagon shall be released as security for the bond issued in relation to Mr. Hilly's pretrial release so that Mr. Hilly may sell the vehicle. Mr. Hilly agrees to post the title to any substitute vehicle acquired by him within 21 days of the purchase of the replacement car.

IT IS FURTHER ORDERED that all other conditions of bail shall remain in effect.

_____
HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT
COURT JUDGE

**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

1002 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

April 23, 2010

Honorable Stanley R. Chesler
United States District Judge
United States Post Office and Courthouse
Federal Square, Newark, N.J. 07102

Re:   **United States v. Allen Hilly**
      **Criminal No. 07-35**

Dear Judge Chesler:

    Enclosed for Your Honor's consideration is a proposed order modifying Mr. Hilly's bail conditions to permit him to sell his 2005 Lexus 450 automobile that was damaged in an accident. The car is currently part of his bail package but this order releases the title for the car back to Mr. Hilly so that he may sell the car. The title for the car that he buys to replace the Lexus will then be posted with the Court. This change meets with the approval of Pretrial Services Officer Wendy Lonsdorf, and Assistant U.S. Attorney Christopher Kelly consents to this modification.

    If the consent order meets with your approval, kindly execute it, have your deputy file it with the Clerk of the Court.

Respectfully submitted,

David A. Holman
Assistant Federal Public defender

cc:   Christopher Kelly, AUSA

800-840 Cooper Street, Ste. 350, Camden, New Jersey 08102  (856) 757-5341

22 South Clinton Avenue, Station Plaza #4, 4th Floor, Trenton, New Jersey 08609  (609) 989-2160