AO 92
(Rev. 6/83)

# COMMITMENT

| United States District Court | DISTRICT<br>NEW JERSEY |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ALLEN HILLY | DOCKET NO.<br>07-35(SRC)(1)<br><br>MAGISTRATE CASE NO. |

The above named defendant was arrested upon the complaint of

charging a violation of    18    U.S.C. § 1343, 1956 & 2

| DISTRICT OF OFFENSE<br>NEW JERSEY | DATE OF OFFENSE<br>2/2006-12/2006 |
|---|---|

**DESCRIPTION OF CHARGES:**

Wire Fraud and Money Laundering

**BOND IS FIXED AT**
$5,000,000.00 CASE OR SURETY (posting of real property to comply with the Local Rules) co-signed by his sister and 3rd party his wife, etc.,

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

_5/18/2010_          _STANLEY R. CHESLER_
Date                  United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |