# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|  | : | **Criminal No. 07-35 (SRC)** |
| Plaintiff, | : | |
|  | : | |
| v. | : | **ORDER** |
|  | : | |
| ALLEN HILLY, | : | |
|  | : | |
| Defendant. | : | |
|  | : | |

**CHESLER**, District Judge

This matter having come before the Court upon the application of Defendant Allen Hilly ("Defendant") pursuant to Federal Rule of Appellate Procedure 4(b)(4) to extend the time for the Defendant to file his Notice of Appeal of the bail hearing held on June 30, 2010 [docket entry 112]; and the United States of America having responded that it does not object to the requested extension of time; and for good cause shown,

**IT IS** on this 12th day of August, 2010,

**ORDERED** that Defendant's application for an extension of time to file his appeal pursuant to Federal Rule of Appellate Procedure 4(b)(4) be and hereby is **GRANTED**; and it is further

**ORDERED** that the time for Defendant to file his Notice of Appeal be and hereby is extended to August 13, 2010.

    s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge