# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | **Criminal No. 07-35 (SRC)** |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| ALLEN HILLY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**CHESLER**, District Judge

This matter having come before the Court upon the motion filed of Defendant Allen Hilly ("Defendant") to sever certain counts of the Superseding Indictment, specifically to sever the counts relating to false personal income tax returns; and the United States of America having opposed the motion; and the Court having considered the papers filed by the parties; and the Court having held oral argument on this motion on August 24, 2010; and

For the reasons set forth on the record of proceedings of August 24, 2010,

**IT IS** on this 30th day of August, 2010,

**ORDERED** that Defendant's motion to sever the counts of the Superseding Indictment charging Defendant with evasion of federal income tax obligations be and hereby is **DENIED**.

                s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge