UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| | | Crim. No. 07-035 |
| v. | : | |
| | | ORDER FOR DISMISSAL |
| ALLEN HILLY | : | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Superseding Indictment, Crim. No. 07-035, against defendant Allen Hilly, charging the defendant with wire fraud, payroll tax fraud, and filing false tax returns, because defendant Allen Hilly died on or about September 20, 2010.

This dismissal is with prejudice.

PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. STANLEY R. CHESLER
United States Magistrate Judge

Dated: _____, 2010

## STATE OF NEW JERSEY

A0006020410

# CERTIFICATE OF DEATH

**STATE FILE NUMBER**
20100047712

**DECEASED NAME:**
ALLEN BILLY

**DATE OF BIRTH:**
0?/??/19??

**SEX**
MALE

**DATE OF DEATH**
09/20/2010

**PLACE OF DEATH**
NEWARK CITY

**COUNTY OF DEATH**
ESSEX

**RESIDENCE ADDRESS**
140 NORTH BARROW PLACE

**SOCIAL SECURITY NUMBER**
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

**TOWN OF RESIDENCE**
PRINCETON TOWNSHIP

**COUNTY OF RESIDENCE**
MERCER

**DOMESTIC STATUS**
MARRIED

**SURVIVING SPOUSE/PARTNER**
(Name given at birth or on birth certificate)
ROSA INEZ HERNANDEZ MALDORADO

**MANNER OF DEATH:** SUICIDE

**CAUSE OF DEATH:**
???

**DATE ISSUED:** NOVEMBER 3, 2010

**DATE FILED WITH REGISTRAR:** 09/23/2010

**AMENDED DATE:**

ISSUED BY:
Newark City Hall, Room 111
Cardwandla ??????, Local Registrar

This is to certify that the above is correctly ??? from a record on file in my office.

Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county is affixed thereon.

REV-12A
JULY 04



Joseph A. Komosinski, State Registrar
Bureau of Vital Statistics